UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------
CAROLINE KORN
on behalf of herself and
all other similarly situated consumers

                                                    14 CV 2204 (WFK) (RML)

                Plaintiff,

      -against-

PORTFOLIO RECOVERY ASSOCIATES LLC

                Defendant.

---------------------------------------------------------

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients (defendant not having appeared), that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party.  The plaintiff may reopen the matter if the settlement is not consummated for sixty days.


*Adam J. Fishbein*
_____
Adam J. Fishbein, P.C.  (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
483 Chestnut Street
Cedarhurst, New York 11516
516-791-4400

SO ORDERED:


_____
U.S.D.J.